1  Kevin J. Stoops (CA Bar No. 332200)
   kstoops@sommerspc.com
2  **SOMMERS SCHWARTZ, P.C.**
   402 W Broadway, Suite 1760
3  San Diego, CA 92101
   Telephone: 248-355-0300
4
5  Alana a. Karbal (*pro hac vice* forthcoming)
   akarbal@sommerspc.com
   **SOMMERS SCHWARTZ, P.C.**
6  One Towne Square, 17th Floor
   Southfield, Michigan 48076
7  Telephone: 248-355-0300

8  Attorneys for Plaintiff and the
   putative class/collective members
9

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

| | |
|---|---|
| TONY WILLIAMS, individually, and on behalf of others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>RH, a foreign corporation,<br><br>            Defendant. | Case No. 3:23-cv-05706-LB<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION**<br><br>Action Filed: November 6, 2023<br>Trial Date: Not Yet Set |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Tony Williams ("Plaintiff"), individually, and on behalf of others similarly situated and Defendant RH ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby enter into the following stipulation and mutually request the Court to enter an order dismissing this action in its entirety, with a dismissal of Plaintiff's individual claims with prejudice and the dismissal of the claims of the putative class/collective members without prejudice, with reference to the following facts:

1. On November 6, 2023, Plaintiff filed his putative Collective and Class Action Complaint alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, as well as Defendant's alleged contractual violations. (Doc. 1).

2. On or about November 15, 2023, Defendant's counsel informed counsel for Plaintiff that Plaintiff signed an arbitration agreement with Defendant and, as a result, was required to submit his claims for binding individual arbitration proceedings and could not pursue putative class or collective claims.

3. On January 4, 2024, the Parties reached an amicable resolution of the above captioned matter.

4. In light of the resolution, the Parties wish to effect dismissal of the Complaint and this action in their entirety, with dismissal of Plaintiff's individual claims with prejudice and the claims of the putative class/collective members without prejudice.

5. A responsive pleading has not been filed by Defendant, as the Parties stipulated to extend the responsive pleading deadline while they discussed the impact of Plaintiff's arbitration agreement. The proposed FLSA collective has not been conditionally certified, nor has the putative class been certified.

NOW THEREFORE, the Parties hereby stipulate that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's Complaint and this action are dismissed in their entirety, with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class/collective members. The Parties agree to bear their own fees and costs associated with this action and the dismissal thereof.

Date: January 10, 2024                               Respectfully submitted,

/s/ *Kevin J. Stoops*                                     /s/ *Maya Harel (w/consent)*
Kevin J. Stoops (CA Bar No. 332200)        Tritia M. Murata
**SOMMERS SCHWARTZ, P.C.**                Maya Harel
402 W Broadway, Suite 1760                    **MORRISON & FOERSTER LLP**
San Diego, CA 92101                                 707 Wilshire Blvd., Suite 6000
Telephone: 248-355-0300                          Los Angeles, CA 90017
kstoops@sommerspc.com                         tmurata@mofo.com
                                                                  mharel@mofo.com

*Attorneys for Plaintiff and the putative*        *Attorney for Defendant RH*
*class/collective members*

**ECF ATTESTATION**

Under Civil L.R. 5-1(i)(3), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

<u>/s/ *Kevin J. Stoops*</u>
Kevin J. Stoops

**CERTIFICATE OF SERVICE**

I certify that on January 10, 2024, I electronically filed the foregoing document with the Court Clerk using the ECF system, which will send notification of this filing to all counsel of record.

<u>/s/ *Kevin J. Stoops*</u>
Kevin J. Stoops